AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

APR 23 2015

David J. Bradley, Clerk

United States of America
v.
Armando Efrain ~~Lozano~~ BC Flores -Cordova
1964 MX National

Case No. M-15-0632-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2015__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | defendant did, knowingly and intentionally possess with the intent to distribute approximately 15.76 kilograms of methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally possess with intent to distribute approximately 7.42 kilograms of heroin, a Schedule I controlled substance |

This criminal complaint is based on these facts:

Before the United States Magistrate Judge, Southern District of Texas, I, Brian Chapa, Special Agent, United States Immigration and Customs Enforcement, being duly sworn, depose and say the following:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Chapa ICE/HSI Falcon Dam Special Agent
*Printed name and title*

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: 04/23/2015

*Judge's signature*

City and state: McAllen, Texas

Dorina Ramos
*Printed name and title*

Attachment A

On April 22, 2015 a tan Ford Edge arrived at the Roma Port of Entry (POE) attempting to make entry into the United States from the United Mexican States. As the vehicle entered the primary inspection lane of the POE, a Customs and Border Protection Officer (CBPO) conducted an inspection of the Border Crossing Card presented by the driver identified as Armando Efrain Flores-Cordova. The CBPO received a negative declaration from Flores-Cordova.

Flores-Cordova was questioned as to who was the owner of the vehicle and he stated he was. As FLORES-Cordova was being questioned he appeared very nervous to the CBP Officer. The CBP Officer stated FLORES-Cordova was gripping the steering wheel tightly and was avoiding eye contact. The CBP Officer stated he could also see the throbbing on the left side of FLORES-Cordova's neck as he answered the questions. FLORES-Cordova was then sent to secondary for further inspection. At secondary, FLORES-Cordova was asked by the CBP Officer there if he was the owner of the vehicle and he stated he was. At secondary inspection, a CBP K9 was utilized to conduct an open air search of the vehicle and gave a positive alert for the presence of narcotics. The vehicle was then taken for an x-ray. The x-ray revealed an anomalies in all four rims and tires mounted on the vehicle. Further inspection revealed non factory compartments were built around each rim and filled with packages wrapped in clear plastic wrap. A total of 32 bricks were removed from the non factory compartments. 22 of the bricks contained a white crystal type substance weighing 15.76 kilograms field tested positive for the presence methamphetamines. The other 10 bricks contained a brownish powdery type substance weighing 7.42 kilograms which field tested positive for the presence heroin.

U.S. Immigration and Customs Enforcement Special Agents assigned to Homeland Security Investigations, Office of the Resident Agent in Charge, Falcon Dam, Texas were contacted and responded to the Roma POE. FLORES-Cordova was interviewed by Special Agents and was read his rights per Miranda in the Spanish language which he understood and requested to have an attorney present prior to any questioning.

The Assistant United States Attorney in McAllen was contacted and presented the facts on the investigation. Prosecution was accepted and FLORES-Cordova was placed under arrest.